ORIGINAL

ACCEPTED
01-15-00845-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

**FILED**
Chris Daniel
District Clerk

OCT 15 2015

Time: _____

By _____
Deputy

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/15/2015 3:54:22 PM
CHRISTOPHER A. PRINE
Clerk

**NOTICE: THIS DOCUMENT
CONTAINS SENSITIVE DATA**

### CAUSE NO. 2014-03436J

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| D.L.T., | § | |
| D,L., | § | |
| D.L., | § | HARRIS COUNTY, TEXAS |
| T.L., | § | |
| D.W. aka D.T.W., | § | |
| D.W., | § | |
| | § | |
| | § | |
| CHILDREN | § | 314TH JUDICIAL DISTRICT |

### ORDER APPOINTING APPELLATE COUNSEL AND CONFIRMING RESPONDENT'S INDIGENCE

On September 21, 2015, the court appointed appellate counsel on behalf of PEARL LYNETTE WASHINGTON, Respondent, and confirmed the Court's prior finding that the respondent is indigent.

Therefore, the Court finds that the respondent is indigent for all purposes of appeal.

It is, therefore, ORDERED that:

1. DONALD M. CRANE, is hereby appointed the respondent's appellate counsel;

2. The Harris County District Clerk and the court reporter of this court shall, upon request of the respondent's appellate counsel and at no cost to the respondent or her appellate counsel, prepare and file with the Court of Appeals the clerk and reporter's records, respectively, and

3. There shall be no charge to the respondent or her appellate counsel

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

for any court costs and/or filing fees assessed in the trial court or in any appellate court.

SIGNED this OCT 19 2015 day of October, 2015.

_____
Judge Presiding

Approved as to form only:


**/s/ Donald M. Crane**
Donald M. Crane,
Attorney at Law
810 South Mason Road, Suite 350
Katy, Texas 77450
Telephone (713) 501-8529
Facsimile (281) 392-5383
State Bar No. 05005900
donmcrane@gmail.com


ATTORNEY AD LITEM ON APPEAL